AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| WILLAIM ORLANDO MACHADO, | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| JAI BALAJI INC. dba SUPER 8 HOTEL; | ) |
| and VIKRAM GANDHI, individually, | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 25 cv 692 KAM-LKE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JAI BALAJI INC. dba SUPER 8 HOTEL
31-62 14th Street
Long Island City, New York 11106

VIKRAM GANDHI
31-62 14th Street
Long Island City, New York 11106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*



Date:  2/6/2025

s/Kimberly Davis
_____
*Signature of Clerk or Deputy Clerk*