UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ORLANDO MACHADO,<br><br>                      Plaintiff,<br><br>      -against-<br><br>JAI BALAJI INC. dba SUPER 8 HOTEL and<br>VIKRAM GANDHI, individually,<br><br>                    Defendants. | **Case No.: 1:25-cv-00692-KAM-LKE**<br><br><br>**DEFENDANTS' ANSWER AND<br>DEFENSES TO THE COMPLAINT** |

Defendants Jai Balaji Inc. dba Super 8 Hotel and Vikram Gandhi (collectively, "Defendants"), by and through their undersigned attorneys at Jackson Lewis P.C., respectfully submit the following Answer and Affirmative Defenses to the Complaint (the "Complaint") filed by Plaintiff William Orlando Machado ("Plaintiff") in the above-captioned action.

## AS TO "INTRODUCTION"

1. Defendants do not dispute that Plaintiff purports to proceed as set forth in Paragraph "1" of the Complaint, but otherwise deny the allegations set forth therein.

2. Defendants do not dispute that Plaintiff purports to proceed as set forth in Paragraph "2" of the Complaint, but otherwise deny the allegations set forth therein.

## AS TO "JURISDICTION AND VENUE"

3. This Court has original federal question jurisdiction over this controversy under 29 U.S.C. § 216(b) and 28 U.S.C. § 1331, and has supplemental jurisdiction over the NYLL claims pursuant to 28 U.S.C. § 1367(a).

4.      No response is required to the extent the allegations set forth in Paragraph "4" of the Complaint call for a legal conclusion. To the extent a response is required, Defendants deny the allegations set forth in Paragraph "4" of the Complaint, but aver that, to the extent jurisdiction properly is exercised, venue is proper in this District.

### AS TO "THE PARTIES"

5.      Defendants deny knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph "5" of the Complaint, and therefore leave Plaintiff to his proof.

6.      Defendants deny the allegations in paragraph "6" of the Complaint.

7.      Defendants deny the allegations in paragraph "7" of the Complaint.

8.      Defendants deny the allegations in paragraph "8" of the Complaint.

9.      Defendants admit the allegations in paragraph "9" of the Complaint.

10.      Defendants deny the allegations in paragraph "10" of the Complaint.

11.      Defendants deny the allegations in paragraph "11" of the Complaint.

12.      Defendants deny the allegations in paragraph "12" of the Complaint.

13.      Defendants deny the allegations in paragraph "13" of the Complaint.

14.      Defendants deny the allegations in paragraph "14" of the Complaint.

15.      The allegations in paragraph "15" of the Complaint state a legal conclusion to which no response is required.

16.      The allegations in paragraph "16" of the Complaint state a legal conclusion to which no response is required.

17.      Defendants deny the allegations in paragraph "17" of the Complaint.

18.      Defendants deny the allegations in paragraph "18" of the Complaint.

19.      Defendants deny the allegations in paragraph "19" of the Complaint.

20.     Defendants deny the allegations in paragraph "20" of the Complaint.

21.     Defendants deny the allegations in paragraph "21" of the Complaint.

## AS TO "STATEMENT OF FACTS"

22.     Defendants deny the allegations in paragraph "22" of the Complaint.

23.     Defendants deny the allegations in paragraph "23" of the Complaint.

24.     Defendants deny the allegations in paragraph "24" of the Complaint.

25.     Defendants deny the allegations in paragraph "25" of the Complaint.

26.     Defendants deny the allegations in paragraph "26" of the Complaint.

27.     Defendants deny the allegations in paragraph "27" of the Complaint.

28.     Defendants deny the allegations in paragraph "28" of the Complaint.

## AS TO "COUNT I"

29.     Defendants repeat and reallege each of their responses to Paragraphs 1 through 28 of the Complaint as if set forth fully herein.

30.     Defendants deny the allegations in paragraph "30" of the Complaint.

31.     Defendants deny the allegations in paragraph "31" of the Complaint.

32.     Defendants admit the allegations in paragraph "32" of the Complaint.

33.     The allegations in paragraph "33" of the Complaint state a legal conclusion to which no response is required.

34.     Defendants deny the allegations in paragraph "34" of the Complaint.

35.     Defendants deny the allegations in paragraph "35" of the Complaint.

36.     Defendants deny the allegations in paragraph "36" of the Complaint.

37.     Defendants deny the allegations in paragraph "37" of the Complaint.

38.     Defendants deny the allegations in paragraph "38" of the Complaint.

39.     Defendants deny the allegations in paragraph "39" of the Complaint.

40.     Defendants deny the allegations in paragraph "40" of the Complaint.

41.     Defendants deny the allegations in paragraph "41" of the Complaint.

42.     Defendants deny the allegations in paragraph "42" of the Complaint

## AS TO "COUNT II"

43.     Defendants repeat and reallege each of their responses to Paragraphs 1 through 42 of the Complaint as if set forth fully herein.

44.     Defendants deny the allegations in paragraph "44" of the Complaint.

45.     Defendants deny the allegations in paragraph "45" of the Complaint.

46.     Defendants deny the allegations in paragraph "46" of the Complaint.

47.     Defendants deny the allegations in paragraph "47" of the Complaint.

48.     Defendants deny the allegations in paragraph "48" of the Complaint.

## AS TO "COUNT III"

49.     Defendants repeat and reallege each of their responses to Paragraphs 1 through 48 of the Complaint as if set forth fully herein.

50.     The allegations in paragraph "50" of the Complaint state a proposition of law to which no response is required.

51.     The allegations in paragraph "51" of the Complaint state a proposition of law to which no response is required.

52.     Defendants deny the allegations in paragraph "52" of the Complaint.

53.     Defendants deny the allegations in paragraph "53" of the Complaint.

54.     Defendants deny the allegations in paragraph "54" of the Complaint.

55.     Defendants deny the allegations in paragraph "55" of the Complaint.

56.     Defendants deny the allegations in paragraph "56" of the Complaint.

57.     Defendants deny the allegations in paragraph "57" of the Complaint.

58.     Defendants deny the allegations in paragraph "58" of the Complaint.

## AS TO "PRAYER FOR RELIEF"

Defendants deny each allegation set forth in the "WHEREFORE" clause and "Prayer for Relief" of the Complaint, including subparts (a) through (h) contained therein.

## AS TO "JURY DEMAND"

Defendants admit that Plaintiff demands a trial by jury.

## AS AND FOR AFFIRMATIVE AND OTHER DEFENSES

Defendants assert the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have.

## AS AND FOR DEFENDANTS' FIRST DEFENSE

The Complaint should be dismissed, in whole or in part, for failure to state a claim upon which relief can be granted.

## AS AND FOR DEFENDANTS' SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the *de minimis* doctrine. This defense may apply to the claims of some or all of the class of allegedly similarly situated persons.

## AS AND FOR DEFENDANTS' THIRD DEFENSE

The Complaint, and each purported claim for relief alleged therein, is barred to the extent that Plaintiff failed to report or give notice of the allegations upon which he bases the claims in the Complaint to Plaintiff's employer and/or failed to avail himself of his employer's internal procedures, means, or methods relating to violations, grievances, complaints, or disputes.

## AS AND FOR DEFENDANTS' FOURTH DEFENSE

5

Subject to proof through discovery, Plaintiff's claims are barred by the doctrines of laches, estoppel, consent, offset, recoupment, waiver and/or other equitable defenses.

### AS AND FOR DEFENDANTS' FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of accord and satisfaction, and payment.

### AS AND FOR DEFENDANTS' SIXTH DEFENSE

Plaintiff's claims are barred in whole or in part to the extent that the work performed falls within exemptions, exclusions, exceptions, or credits provided for in Sections 7 or 13 of the Fair Labor Standards Act, 29 U.S.C. § 207 and 29 U.S.C. § 213, or any other exemption set forth in the Fair Labor Standards Act and/or applicable state laws.

### AS AND FOR DEFENDANTS' SEVENTH DEFENSE

Plaintiff's claims should be dismissed to the extent they are barred, in whole, or in part, by the applicable limitations periods.

### AS AND FOR DEFENDANTS' EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by statutory exclusions, exceptions, setoffs, credits, and/or offsets under the FLSA and/or state law.

### AS AND FOR DEFENDANTS' NINTH DEFENSE

Any actions by any Defendant with respect to Plaintiff were taken in good faith in conformity with and in reliance on a written administrative regulation, order, ruling, approval, interpretation, and/or administrative practice or policy, pursuant to 29 U.S.C. § 259 and applicable state laws.

### AS AND FOR DEFENDANTS' TENTH DEFENSE

Any actions by any of the Defendants with respect to Plaintiffs were taken in good faith

6

with reasonable grounds to believe such conduct comported with applicable law, including the FLSA and 29 U.S.C. § 260.

### AS AND FOR DEFENDANTS' ELEVENTH DEFENSE

Plaintiff is not entitled to any penalty, multiplication of damages, or extension of any statute of limitations period because Defendants did not willfully, knowingly, or intentionally fail to comply with the provisions of the FLSA and/or other applicable state law.

### AS AND FOR DEFENDANTS' TWELFTH DEFENSE

Plaintiff lacks standing to bring claims against the individual Defendant because he was not Plaintiff's "employer" within the meaning of the FLSA and/or applicable state laws.

### AS AND FOR DEFENDANTS' THIRTEENTH DEFENSE

Plaintiff's claims are barred to the extent Plaintiff seeks compensation for activities that are non-compensable, as preliminary and postliminary activities to Plaintiff's performance of his principal job duties.

### ADDITIONAL RESPONSES

In addition to the foregoing defenses, Defendants retain the right to amend their Answer to raise additional affirmative and other defenses as such defenses become known during this litigation.

WHEREFORE, Defendants respectfully request that the Court:

(a)     Dismiss the Complaint in its entirety with prejudice;

(b)     Deny each and every demand and prayer for relief contained therein;

(c)     Award Defendants their costs and attorneys' fees incurred in defending this action;

(d)     Enters judgment in favor of Defendants, and against Plaintiff; and

7

(e)    Grant such other and further relief to Defendants as the Court deems just

and proper.

Respectfully submitted,

JACKSON LEWIS P.C.

666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

Dated: July 17, 2025                    By:    */s Evan B. Citron*
        New York, New York                      Evan B. Citron

*Attorneys for Defendants*

8